USCA1 Opinion

 

 December 5, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1110 RICHARD AMANN AND BARBARA AMANN, Petitioners, Appellants, v. COMMISSIONER OF INTERNAL REVENUE, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES TAX COURT [Hon. Peter J. Panuthos, Chief Judge]  ___________ ____________________ Before Selya, Circuit Judge, _____________ Campbell, Senior Circuit Judge, and ____________________ Boudin, Circuit Judge. _____________ ___________________ Richard Amann on brief pro se. _____________ Loretta C. Argrett, Assistant Attorney General, Gary R. Allen, ___________________ ______________ Gilbert S. Rothenberg and S. Robert Lyons, Attorneys, Tax Division ______________________ _______________ Department of Justice, on brief for appellee. ____________________ ____________________ Per Curiam. Petitioners Richard and Barbara Amann ___________ appeal a decision by the United States Tax Court denying their request for administrative and litigation costs, pursuant to 26 U.S.C. 7430, in connection with proceedings concerning their tax returns for 1987, 1990 and 1991, and for a return of interest paid on their 1987 tax liability. We affirm the decision essentially for the reasons given by the Tax Court in its memorandum and opinion dated November 22, 1993. Petitioners have failed to meet their burden of showing that the "position of the United States" in either the administrative or judicial phases of the proceedings relating to the 1990 and 1991 tax returns was not "substantially justified." See Kenagy v. United States, 942 F.2d 459, 463 ___ ______ _____________ (8th Cir. 1991); Zinniel v. Commissioner, 883 F.2d 1350, 1356 _______ ____________ (7th Cir. 1989), cert. denied, 494 U.S. 1078 (1990).  ____ ______ Petitioners are barred from seeking costs relating to their 1987 tax return because their request was filed after the date on which the decision in that case became final. See ___ Sanders v. Commissioner, 813 F.2d 859, 862 (7th Cir. 1987) _______ ____________ (court without jurisdiction to entertain motion for costs pursuant to 7430 after case has been dismissed); 26 U.S.C. 7481 (decision of Tax Court becomes final upon expiration of time allowed for filing an appeal). The Tax Court was likewise without jurisdiction to entertain their claim for a refund of interest paid in regard to their 1987 return. See ___ Perkins v. Commissioner, 92 T.C. 749, 752 (1989). _______ ____________ Affirmed. ________ -3-